UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:17-cv-00555-LJO-MJS (PC) <br><br> **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> **(ECF No. 7)** <br><br> **THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT** |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action brought pursuant Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff's complaint is awaiting screening by the Court. (ECF No. 1.) Plaintiff has declined Magistrate Judge jurisdiction. (ECF No. 4.) No other parties have appeared.

On May 15, 2017, before his complaint could be screened, Plaintiff filed a motion seeking leave to file an amended complaint. (ECF No. 7.) A party may amend its pleading once as a matter of course at any time before a responsive pleading is served and up to twenty-one days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B). Plaintiff has not previously filed an amended complaint, therefore he is permitted to amend as a matter of course.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint (ECF No. 7) is GRANTED. Plaintiff must file his amended complaint

within **thirty days** of the date of his order.

IT IS SO ORDERED.

Dated:   May 17, 2017                              /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE