Name: Felipe Mendez Jr.
Federal Register Number: 07213-030
Federal Correctional Institution-Lompoc
3600 Guard Road
Lompoc, CA  93436-2705
No Telephone/E-Mail/Fax Available

Plaintiff/In Propria Persona

**FILED**
AUG 03 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ JR., <br><br>           Plaintiff, <br><br>      v. <br><br> UNITED STATES OF AMERICA, <br><br>           Defendant. | Case Number 1:17-cv-00555-LJO-MJS (PC) |

### PLAINTIFF's Notice of Change of Address

Comes now the PLAINTIFF, Felipe Mendez Jr., In Propria Persona, hereby respectfully notifying this Honorable Court of his change of address to;

**Federal Correctional Institution-Lompoc**

**3600 Guard Road**

**Lompoc, CA  93436-2705**

This new address is effective immediately for all correspondence related to this matter.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this the **31** day of **July**, 2017.

Dated: **7-31-2017**                           Respectfully submitted,

                                                                     _/s/_

**CERTIFICATE OF SERVICE**

I, _FELIPE MENDEZ JR._, hereby certify that I have served a true and correct copy of;

Plaintiff's Notice of Change of Address

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

**Clerk of the Court**
**United States District Court**
2500 Tulare Street

Fresno, CA 93721

and
**United States Attorney's Office**

2500 Tulare Street, Suite 4401

Fresno, CA 93721

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the _____ day of _____, 20_17_.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the _____ day of _____, 20_17_.

Name: Felipe Mendez Jr.
Federal Register Number: 07213-030
Federal Correctional Institution-Lompoc
3600 Guard Road
Lompoc, CA 93436-2705
No Telephone/E-Mail/Fax Available

Plaintiff/In Propria Persona