UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | **1:17-cv-00555-LJO-MJS (PC)** <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW NOTICE OF WILINGNESS TO PROCEED** <br><br> **(ECF No. 17)** <br><br> **ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT** <br><br> **(ECF No. 18)** <br><br> **SIXTY DAY DEADLINE** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA").

On July 11, 2017, the Court screened Plaintiff's first amended complaint and found it stated cognizable Eighth Amendment claims against Defendants Ghotra, Awad, Rivera, Mendoza, Lake, Lozano, Marlow, Cisneros, Amos, and Gramm. (ECF No. 11.)

1

Plaintiff was directed to file either a second amended complaint or a notice of willingness to proceed on his cognizable claims only. After first seeking an extension of time in which to file his second amended complaint, on September 13, 2017, Plaintiff filed a notice of willingness to proceed on his cognizable claims only. (ECF No. 16.) On September 25, 2017, Plaintiff filed a request to withdraw his notice of willingness to proceed (ECF No. 17) and a request for a sixty day extension of time to file a second amended complaint (ECF No. 18.)

As Plaintiff's first amended complaint has not been sent out for service, his request to withdraw his notice of willingness to proceed is GRANTED. Additionally, Plaintiff will be GRANTED sixty days to file his second amended complaint. **No further extensions of time will be granted.**

IT IS SO ORDERED.

Dated: September 26, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE