# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | 1:17-cv-00555-LJO-MJS (PC) <br><br> **ORDER DENYING MOTION TO STAY AS MOOT** <br><br> **(ECF No. 12)** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA").

On July 11, 2017, the Court screened Plaintiff's first amended complaint and found it stated cognizable Eighth Amendment claims against Defendants Ghotra, Awad, Rivera, Mendoza, Lake, Lozano, Marlow, Cisneros, Amos, and Gramm. (ECF No. 11.) Plaintiff was directed to file either a second amended complaint or a notice of willingness to proceed on his cognizable claims only. After first seeking an extension of time in

1

which to file his second amended complaint, Plaintiff filed a notice of willingness to proceed on his cognizable claims only. (ECF No. 16.) Then on September 25, 2017, Plaintiff filed a request to withdraw his notice of willingness to proceed (ECF No. 17) and requested a sixty day extension of time to file a second amended complaint (ECF No. 18.)

As Plaintiff's first amended complaint was not been sent out for service, his request to withdraw his notice of willingness to proceed was granted. (ECF No. 19.) Plaintiff also was granted sixty days to file his second amended complaint. (Id.)

On July 13, 2017, Plaintiff filed motion to stay this action and hold it in abeyance while pending his transfer to a new correctional institution because the transfer would interfere with his ability to proceed. (ECF No. 12.)

Plaintiff has been actively involved in this case since the filing of his motion to stay, including filing the September 25, 2017 motion. (ECF No. 18.) Because Plaintiff is participating in this action and has been granted a 60 day extension of time to file a second amended complaint (ECF No. 19), it appears he is no longer in need of the requested stay. Accordingly, his motion to stay is found to be moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay (ECF No. 12) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: October 14, 2017            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE