# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 1:17-cv-0555-LJO-JLT (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR FELIPE MENDEZ, JR., REGISTER # 07213-030, PLAINTIFF'S TELEPHONIC APPEARANCE <br><br> DATE: TUESDAY, JANUARY 22, 2019 <br> TIME: 9:30 A.M. |

Felipe Mendez, Jr., Register # 07213-030, the plaintiff in proceedings in this case, is confined at Federal Correctional Institution in Lompoc, California, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for telephonic appearance before Magistrate Judge Jennifer L. Thurston in the Bakersfield Courthouse of the United States District Court, Eastern District of California by calling (888) 557-8511, utilizing the passcode 1652736 on January 22, 2019, at 9:30 a.m.

### ACCORDINGLY, the Court ORDERS that:

1. A Writ of Habeas Corpus ad Testificandum SHALL issue, under the seal of this court, commanding the Warden to produce the inmate named above for telephonic appearance in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Federal Correctional Institution, 3600 Guard Road, Lompoc, CA 93436:**

**WE COMMAND** you to produce the inmate named above, along with his legal property required for the hearing, volume not to exceed two paper boxes, for telephonic appearance before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **December 26, 2018**       /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE