McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States and its employees Ghotra, Awad, Rivera, Mendoza, Lake, Lozano, Marlow, Cisneros, Amos, Quintero, and Gramm

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., | Case No. 1:17-cv-00555-LJO-JLT (PC) |
| Plaintiff, | |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

## EX PARTE REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER

The United States and its employees Ghotra, Awad, Rivera, Mendoza, Lake, Lozano, Marlow, Cisneros, Amos, Quintero, and Gramm (collectively "defendants") request that the settlement conference, currently scheduled for January 22, 2019, be vacated and re-set after the government shutdown is over.

At the end of the day on December 21, 2018, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed

EX PARTE REQUEST TO CONTINUE SETTLEMENT CONFERENCE;
[PROPOSED] ORDER                                                    1

to include most civil cases.  Indeed, the undersigned Assistant U.S. Attorney is furloughed until appropriations to the Justice Department are restored.

The undersigned counsel therefore requests that the settlement conference be vacated.  The undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department, and will propose rescheduling the settlement conference at that time.  Due to the shutdown, the United States was unable to request a stipulation from the plaintiff, a *pro se* prisoner, regarding its request to vacate the settlement conference.

For these reasons, the United States requests that the Court vacate the settlement conference and asks that it be re-set after the government shutdown is over.

Respectfully submitted,

Dated:  January 11, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/Jeffrey J. Lodge*
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

### [PROPOSED] ORDER

IT IS SO ORDERED that the settlement conference previously set for January 22, 2019, is vacated.  The Court will reschedule the settlement conference once the government shutdown is over.

IT IS SO ORDERED.

Dated:  **January 11, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on January 11, 2019, she served a copy of:

**EX PARTE REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Felipe Mendez, Jr.
07213-030
Lompoc Federal Correctional Institution
Inmate Mail/Parcels
3600 Guard Road
Lompoc, California 93436-2705

      /s/ *Kimberly Siegfried*
      KIMBERLY SIEGFRIED