# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00555 LJO JLT (PC)<br><br>ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR FELIPE MENDEZ |

On December 27, 2018, the Court issued an *writ of habeas corpus ad testificandum* to secure the telephonic attendance of Felipe Mendez at a settlement conference in this matter. (Doc. 41) However, due to the government shutdown and the furlough of the involved Assistant United States Attorney, the Court has vacated the conference. Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Felipe Mendez is **WITHDRAWN**.

IT IS SO ORDERED.

　　Dated: **January 14, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE