UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | **Case No.: 1:17-cv-00555-LJO-JLT (PC)** <br><br> **ORDER VACATING SETTLEMENT CONFERENCE & LIFTING THE STAY** |

The Court has reviewed the settlement conference statements. It does not appear that any offers have been exchanged and the plaintiff and counsel have not discussed settlement at all, despite the Court's order (Doc. 45 at 2). In addition, the positions of the parties described in their statements make clear that the case cannot settle at this time. Thus, the settlement conference is VACATED and the stay is LIFTED.

IT IS SO ORDERED.

Dated: **March 11, 2019**         **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE