# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES, et al.,<br><br>      Defendant. | Case No.: 1:17-cv-00555 LJO JLT (PC)<br><br>ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR FELIPE MENDEZ |

On February 14, 2019, the Court issued a *writ of habeas corpus ad testificandum* to secure the telephonic attendance of Felipe Mendez at a settlement conference in this matter. (Doc. 46) However, because it appears that settlement cannot be achieved at this time, the Court has vacated the conference. Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Felipe Mendez is **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **March 11, 2019**             **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE