UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR., | **1:17-cv-00555-LJO-JLT (PC)** |
| Plaintiff, | **ORDER DIRECTIG DEFENDANTS TO SUBMIT RESPONSE TO SECOND AMENDED COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | **SIXTY-DAY DEADLINE** |
| Defendants. | |

The stay in this case has been lifted. (Doc. 48.) Accordingly, the Court ORDERS defendants to file a pleading responsive to the second amended complaint within sixty days from the date of this order.

IT IS SO ORDERED.

Dated:   **March 12, 2019**                    _____ **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE