UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MENDEZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendant. | **1:17-cv-0555-NONE-JLT (PC)**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 77)**<br><br>**SIXTY-DAY DEADLINE** |

The Court issued findings and recommendations to grant defendants' motion for summary judgment. (Doc. 72.) At that time, Plaintiff immediately moved for an extension of time to file his objections. (Doc. 73.) The Court granted the extension and directed him to file his objections by July 1, 2020. (Doc. 74.) Plaintiff now moves for an emergency stay of these proceedings or additional time to obtain discovery and expert discovery in support of his objections. (Doc. 77.) Plaintiff, who is housed at Federal Correctional Institution in Lompoc, California, asserts that an extension of time is necessary because of institutional lockdowns due to Covid-19 and because Plaintiff himself tested positive for Covid-19 in May 2020. The Court construes Plaintiff's motion as a request for extension of time to file his objections.

///

///

1

1   Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff shall file his objections
2 within sixty days from the date of this Order.

IT IS SO ORDERED.

Dated:   **August 2, 2020**                     **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

2